JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHIYUAN ZHANG,<br><br>     Petitioner,<br><br>  v.<br><br>FERETI SEMAIA, et al.,<br><br>     Respondents. | Case No. 5:26-cv-01500-MCS-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that:

1. The Petition is GRANTED.

2. Respondents must immediately release Petitioner from custody.

3. Respondents must return all of Petitioner's belongings, including his Employment Authorization Document and identity documents.

DATED: April 29, 2026

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE